GORMAN *vs.* LEE.

APPEAL FROM THE COURT OF THE THIRD DISTRICT.

RICHARD
*vs.*
BIRD ET AL.

The right of the plaintiff to a slave is contested in this case by the intervener.    Both parties set up title to him.    The case turns upon the credit due to certain witnesses whose testimony was taken in the state of Tennessee, under commission, in support of the title of the intervener.    The court below disbelieved them, and we do not feel ourselves authorized to say it erred.

It is, therefore, ordered, adjudged, and decreed, that the judgement of the District Court be affirmed, with costs.